**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Arturo ZUAREZ–MALDONADO,**
**Defendant–Appellant**

**No. 16-10228**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 10/18/2016

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee

Jessica Graf, Christopher Allen Curtis, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Fort Worth, TX, for Defendant–Appellant

Arturo Zuarez–Maldonado, Pro Se

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Arturo Zuarez–Maldonado raises an argument that is foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 228, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that convictions used to enhance a sentence under 8 U.S.C.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

§ 1326(b)(2) need not be set forth in the indictment. Accordingly, the motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.